# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>GUSTAVO GARCIA-GONZALEZ<br><br>                  Defendant. | CASE NO. 12CR4297-JM<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

__X__    of the offense(s) of:  8 USC 1326(a) and (b).

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: NOVEMBER 1, 2012

                                        RUBEN B. BROOKS
                                        UNITED STATES MAGISTRATE JUDGE

                                        ENTERED ON _____